UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

DIGITAL TECHNOLOGY LICENSING LLC    Civil No. 05-1922

vs.    Order of Reassignment

CELLCO PARTNERSHIP, et al.

It is on this 4th day of June, 2007,

O R D E R E D  that the entitled action is reassigned from

JUDGE SUSAN D. WIGENTON  to  JUDGE STANLEY R. CHESLER

                                                S/Garrett E. Brown, Jr.
                                      GARRETT E. BROWN, JR. CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YASH RAJ FILMS (USA) SERVICES, INC. | Civil No. 01-5779 |
| vs. | Order of Reassignment |
| RANNADE CORPORATION | |

It is on this  4th  day of June, 2007,

O R D E R E D  that the entitled action is reassigned from

JUDGE JOHN C. LIFLAND to JUDGE FAITH S. HOCHBERG

                                                S/Garrett E. Brown, Jr.
                                  GARRETT E. BROWN, JR. CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT